IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01419-LTB-SBP

LAURA JACKSON MCGEE,

    Plaintiff,

v.

ARAPAHOE COUNTY,
CITY OF LITTLETON,
STATE OF COLORADO,
ELIZABETH BEBE VOLZ, in her official capacity,
JOSEPH A. MURR, and
MURR, SILER & ACCOMOZZO, P.C.,

    Defendants.

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge filed on July 11, 2024 (ECF No. 10). Magistrate Judge Richard T. Gurley concludes Plaintiff's Complaint (ECF No. 1) should be dismissed without prejudice for failure to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service. *See* 28 U.S.C. § 636(b)(1)(C).

Also on July 11, 2024, Plaintiff submitted an amended complaint (ECF No. 11). Plaintiff has not submitted any timely, written objections addressing the Recommendation.

1

On *de novo* review the Court concludes that the Recommendation (ECF No. 10) is correct with respect to Plaintiff's claims in the Complaint (ECF No. 1). Furthermore, even considering Plaintiff's claims in the amended complaint (ECF No. 11), Plaintiff still fails to provide a short and plain statement of any claims that demonstrates she is entitled to relief as required under Rule 8.

Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 10) is accepted and adopted. It is

FURTHER ORDERED that Plaintiff's Complaint (ECF No. 1), the amended complaint (ECF No. 11), and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the pleading requirements of Rule 8. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

DATED: August 2, 2024

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court