IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01419-LTB-RTG

LAURA JACKSON MCGEE,

    Plaintiff,

v.

ARAPAHOE COUNTY,
CITY OF LITTLETON,
STATE OF COLORADO,
ELIZABETH BEBE VOLZ, in her official capacity,
JOSEPH A. MURR, and
MURR, SILER & ACCOMOZZO, P.C.,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order entered by Lewis T. Babcock, Senior District Judge, on August 2, 2024, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 2 day of August, 2024.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/P. Kline
           Deputy Clerk